# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **Criminal No.** 3:14-cr-00031-010 (JAF) |
| **v.** | |
| JOHAMID HERNANDEZ-COTTO | |
| **Defendant.** | |

# ORDER

In keeping with the Administrative Directive approved by the Court under Miscellaneous Case No. 14-426 (ADC), defendant is placed on notice that the motion filed for a sentence reduction pursuant to U.S.S.G. Amendment 782 is undergoing the following process:

A. Eligibility evaluation by a Magistrate Judge.

B. Joint evaluation by the Government and Court-appointed attorney Héctor L. Ramos, from the Office of the Federal Public Defender.

C. Evaluation by the U.S. Probation Office.

D. Final evaluation and decision by the presiding judge.

The defendant is urged to remain in contact with counsel and shall refrain from *pro se* filings.

**BY ORDER OF THE COURT.**

In San Juan, Puerto Rico, this March 9, 2015

**FRANCES RIOS DE MORAN, ESQ.**
**CLERK OF COURT**

by  s/ Diana Villavicencio
Deputy Clerk